# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Armanna J. Bellow,<br><br>                    Plaintiffs,<br><br>    v.<br><br>State of Nevada,<br><br>                    Defendant. | Case No. 2:25-cv-00024-DJA<br><br>**Order** |

*Pro se* Plaintiff Armanna J. Bellow initiated this action by filing a complaint attached to an application to proceed *in forma pauperis* (which means to proceed without paying the filing fee). (ECF No. 1). However, on February 4, 2025, Plaintiff paid the filing fee. (ECF No. 5). So, the Court thus denies Plaintiff's application to proceed without paying the filing fee (ECF No. 1) as moot, will file the complaint on the docket, and will issue summons.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied as moot.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to file Plaintiff's complaint (ECF No. 1-1) on the docket and issue summons to the State of Nevada.

**IT IS FURTHER ORDERED** that Plaintiff must accomplish service on the State of Nevada on or before **May 6, 2025**. *See* Fed. R. Civ. P. 4(m).

DATED: February 5, 2025

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE