# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Armanna J. Bellow,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>State of Nevada, et al.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-00024-DJA<br><br>**Order** |

Before the Court is Plaintiff's second amended complaint (ECF No. 35) and motion to extend time (ECF No. 36). Under Federal Rule of Civil Procedure 15(a)(1), Plaintiff is permitted to amend his complaint once as a matter of course without the court's leave. So, Plaintiff's second amended complaint (ECF No. 35) is the operative complaint. Plaintiff must present summonses for each Defendant named in his second amended complaint to the Clerk for signature and seal. *See* Fed. R. Civ. P. 4(b).

Plaintiff also moves to extend the deadline to serve his complaint, which deadline the Court set for March 23, 2026. (ECF No. 33). Plaintiff explains that he was unable to meet the deadline because of his mother's funeral and because the bus he was taking to the Las Vegas courthouse was running late. (ECF No. 36). The Court liberally construes Plaintiff's motion and finds that he has shown good cause to extend the service deadline. Fed. R. Civ. P. 4(m). Plaintiff must therefore serve his second amended complaint (ECF No. 35) and associated summonses on the named Defendants on or before June 29, 2026. *See* Fed. R. Civ. P. 4(m). The Court will not further extend this deadline without very good reason.

///

///

///

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 36) is **granted.** Plaintiff shall have until June 29, 2026, to serve Defendants.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff a copy of this order.

DATED: March 31, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE